PEOPLE ex rel. MALONEY, Appellant, v. LAZANSKY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) Proceeding by the People of the State of New York, on the relation of John Maloney, against Edward Lazansky and others. No opinion. Order unanimously affirmed, without costs.

PEOPLE ex rel. MASSOLLES et al., Appellants, v. HENNESSY et al., Board of Assessors, Respondents. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Proceeding by the People of the State of New York, on the relation of Frederick Massolles and another, against Joseph P. Hennessy and others, composing the Board of Assessors of the City of New York. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion of Mr. Justice Kapper at Special Term. 134 N. Y. Supp. 145.

PEOPLE ex rel. NATIONAL BANK OF COMMERCE, Respondent, v. PURDY et al. Appellants. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Proceeding by the People of the State of New York, on the relation of the National Bank of Commerce, against Lawson N. Purdy and others, as Commissioners. W. H. King, for appellants. J. Quinn, for respondent. With this case have been consolidated in this court cases bearing titles as follows: National Reserve Bank v. Same; Coal & Iron Nat. Bank v. Same; Bank of Metropolis v. Same.

PER CURIAM. Orders affirmed, with $10 costs and disbursements. Orders filed.

CLARKE and SCOTT, JJ., dissent.

PEOPLE ex rel. NEW YORK MERCANTILE EXCHANGE, Appellant, v. MURPHY, Respondent. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Proceeding by the People of the State of New York, on the relation of the New York Mercantile Exchange, against Daniel F. Murphy, as a magistrate, etc. F. Taylor, for appellant. R. C. Taylor, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. RYAN v. SUPERINTENDENT OF STATE REFORMATORY FOR WOMEN AT BEDFORD, N. Y. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Proceeding by the People of the State of New York, on the relation of Lillian Ryan, against the Superintendent of the State Reformatory for Women at Bedford, N. Y. No opinion. Reargument ordered on the validity of the proceedings held on Sunday, and case set down for Wednesday, January 24, 1912. See, also, 134 N. Y. Supp. 90.

PEOPLE ex rel. TILER et al. v. WARDEN OF CITY PRISON. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) Proceeding by the People of the State of New York, on the relation of Nellie Tiler and another against the Warden of the City Prison.

PER CURIAM. Order affirmed.

BURR, J., dissents.

PEOPLE ex rel. WARD v. CROPSEY. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Proceeding by the People of the State of New York, on the relation of Joseph P. Ward, against James C. Cropsey, as Commissioner. J. Rouss, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

PEOPLE ex rel. WILSON, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Proceeding by the People of the State of New York, on the relation of James J. Wilson, against Rudolph P. Miller, as Superintendent, etc. A. J. Talley, for appellant. H. Crone, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PETERS, Appellant, v. MACMILLAN BOOK CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by Sanford Peters against the Macmillan Book Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 60 Misc. Rep. 420, 112 N. Y. Supp. 339.

KRUSE, J., dissents, upon the ground that, although the case is not within the scaffold statute (no structure was being erected, painted, or repaired), the evidence shows that the ladder was an improper appliance for doing the work which the plaintiff was directed to do.

POPPENBERG, Appellant, v. R. M. OWEN & CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) Action by Gustav H. Poppenberg against R. M. Owen & Co. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements.

PORTER, Respondent, v. SABINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Della Porter against Eliza J. Sabins. No opinion. Judgment affirmed, with costs.

POTTER, Respondent, v. BUFFALO, L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Genevieve T. Potter, an infant, etc., against the Buffalo, Lockport & Rochester Railway Company. No opinion. Judgment and order affirmed, with costs.